```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

GREGORY HALE,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )      No.  11 C 510
                                 )
COOK COUNTY, ILLINOIS, et al.,   )
                                 )
          Defendants.            )

## MEMORANDUM ORDER

Gregory Hale ("Hale") has submitted a self-prepared 42 U.S.C. §1983 ("Section 1983") Complaint against a number of Cook-County-related defendants, accompanying his Complaint with an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion")(both of those added documents have utilized forms provided by the Clerk's Office).  Although there are problems with both the Application and Motion, they need not be addressed here because this Court's required screening under 28 U.S.C. §1915A has disclosed a noncurable defect in the Complaint itself.

All of the "Factual Allegations" recited at Complaint ¶¶9 through 25 relate to asserted constitutional deprivations sustained by Hale between June 6, 2008 and December 8, 2008.  Even when Hale's allegations are accepted as true, that entire time frame is outside of the two-year statute of limitations applicable to Illinois-based Section 1983 claims.  Accordingly both the Complaint and this action are dismissed, and both the

Application and the Motion are denied as moot.[1]

                                                    _____
                                                    Milton I. Shadur
                                                    Senior United States District Judge

Date: January 25, 2011

---

[1] This Court recognizes, of course, that 28 U.S.C. §1915 would require this Court to make a calculation as to Hale's installment payment of the $350 filing fee. But because he has not tendered the required printout of transactions in his trust fund account, as is essential for such a calculation, this Court is loath to pursue that subject further.